IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRANDON MCLEAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CJ AUTO PARTS, INCORPORATED, DBA NAPA AUTO PARTS – SOUTH KALISPELL AUTO PARTS,<br><br>　　　　　Defendant. | CV 22-45-M-DLC-KLD<br><br>**ORDER** |

　　　　Plaintiff Brandon McLean moves for the admissions of Thomas G. Jarrard (Doc. 4) and Matthew Z. Crotty (Doc. 5) to practice before this Court in this case with Matthew I. Tourlotte to act as local counsel.

　　　　*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). The affidavits of Mr. Jarrard and Mr. Crotty both fail to comply with rule 83.1(d). (*See* Docs. 4-1, 5-1.)

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to admit Mr. Jarrard and Mr. Crotty *pro hac vice* are DENIED without prejudice. Plaintiff may resubmit its motions, provided the motions are accompanied by affidavits that comply in full with L.R. 83.1(d)(3).

DATED this 2nd day of March, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge