IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRANDON McLEAN,<br><br>          Plaintiff,<br><br>vs.<br><br>CJ AUTO PARTS, INCORPORATED, DBA NAPA AUTO PARTS – SOUTH KALISPELL AUTO PARTS,<br><br>          Defendants. | CV 22-45-M-DLC-KLD<br><br>ORDER |

The parties have filed a joint stipulation to lift the stay in this case and requesting a settlement conference. (Doc. 42). Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED and the stay in this matter is lifted.

IT IS FURTHER ORDERED that this case is referred to United States Magistrate Judge John Johnston for the purpose of conducting a settlement conference. Arrangements for the conference will be made by Judge Johnson. The Clerk of Court shall give notice of the entry of this Order to the parties and to Judge Johnston's chambers.

IT IS FURTHER ORDERED that if the case does not settle, the parties shall

ORDER/ PAGE 1

file a motion requesting a telephonic scheduling conference within seven days of the settlement conference.

DATED this 17th day of November, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge