IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRANDON MCLEAN,<br><br>          Plaintiff,<br><br>vs.<br><br>CJ AUTO PARTS, INCORPORATED, dba NAPA AUTO PARTS - SOUTH KALISPELL AUTO PARTS,<br><br>          Defendant. | CV 22-45-M-DLC-KLD<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the Joint Motion to Dismiss with Prejudice, and for good cause appearing,

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, with each party to pay their own costs.

DATED this 19th day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge